**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. 26-03010-01/02-CR-S-RK |
| **GARRY CARSON, et al,** | |
| Defendant. | |

## ORDER TO UNSEAL INDICTMENT

Upon motion of the government, and for good cause shown, the indictment filed in this case on January 27, 2026, is hereby unsealed.


**IT IS SO ORDERED.**


January 29, 2026                               */s/ David P. Rush*
Date                                                      DAVID P. RUSH
                                                             United States Magistrate Judge

1