IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JANINE CARSON,<br><br>    Defendant. | Case No. 26-03010-02-CR-S-RK |

## MOTION FOR DETENTION

Comes now the United States of America, by and through R. Matthew Price, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, **JANINE CARSON**, and states the following in support of the motion:

1. An indictment has been filed charging the defendant sexual exploitation of children, in violation of Title 18, United States Code, Sections 2251.

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

    "(E) any felony that is not otherwise a crime of violence that involves a minor victim… ."

3. Title 18, United States Code, Section 3142(e) mandates, subject to rebuttal, "it shall be presumed that no conditions or combination of conditions will reasonably assure the

appearance of a person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that there is probable cause to believe that the person committed—(E) an offense involving a minor victim under section 2251… of this title."

4. On June 13, 2025, members of the Southwest Missouri Cybercrimes Task Force executed a federal search warrant upon the residence of defendants, JANINE and GARRY CARSON, and seized multiple digital storage devices, including a cellular telephone and computer.

5. The devices were subsequently forensically examined yielding the discovery of approximately 46 video recordings depicting an identified minor (MV1). Several of the videos depict MV1 engaged in acts of striptease along with defendant JANINE CARSON. For example, one such video depicts MV1 entering room bottomless, attired in high heels, and a shirt. MV1 dances for the camera and exits the room. JANINE CARSON then enters the room wearing a see-through robe and exposes her bare buttocks and vagina to the camera. Several other video recordings depict MV1, completely nude, tumbling down a cushion. These videos were recorded in slow motion.

6. Both defendants were interviewed on scene. JANINE CARSON initially denied any knowledge of the above-described video recordings. JANINE CARSON, after being confronted with the contents of one such recording, asserted that she and MV1 were doing a fashion show.

7. This Court is obligated to consider "the nature and circumstances of the offense charged, including whether the offense… involves a minor victim… ." See 18 U.S.C. § 3142(g)(1).

8. The evidence against the defendant is overwhelming. See 18 U.S.C. § 3142(g)(2).

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant that would reasonably assure the defendant's appearance in Court and the safety of the community. The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

Respectfully submitted,

R. Matthew Price
United States Attorney

By: */s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney
Missouri Bar No. 51921

3

Case 6:26-cr-03010-RK    Document 14    Filed 02/02/26    Page 3 of 4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered February 2, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

4

Case 6:26-cr-03010-RK    Document 14    Filed 02/02/26    Page 4 of 4